≈AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Martin Taradejna,
Individually and on behalf of all others
similarly situated
         Plaintiff,

V.

General Mills, Inc., a
Delaware corporation,
Yoplait USA, Inc., a Delaware
Corporation,

         Defendant,

**JUDGMENT IN A CIVIL CASE**

Case Number: 12-cv-993 SRN/LIB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendants' Motion to Dismiss [Doc. No. 9] is **GRANTED in part**, and **DENIED as moot**, in part;
2. The parties are directed to initiate the proper proceedings with the FDA;
3. Plaintiff's Motion to Appoint Interim Class Counsel [Doc. No. 16] is **DENIED without prejudice**; and
4. The Complaint [Doc. No. 1-1] is **DISMISSED WITHOUT PREJUDICE**.

December 10, 2012
Date

RICHARD D. SLETTEN, CLERK

s/ Katie Thompson
(By)        Katie Thompson  Deputy Clerk